**Order filed December 29, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00923-CV

———————

## IN THE ESTATE OF LEROY LEMONS, DECEASED, Appellant

---

**On Appeal from the County Court at Law No 3
Fort Bend County, Texas
Trial Court Cause No. 13-CPR-025394**

---

## O R D E R

The notice of appeal in this case was filed October 21, 2015. The clerk's record was filed November 19, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 8, 2016.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM